UNITED STATES DISTRICT COURT
Southern District of Florida

| UNITED STATES OF AMERICA  Plaintiff | Case Number: CR |
|---|---|
| V.S.  DONNA A. JACKSON  Defendant | REPORT COMMENCING CRIMINAL ACTION |

TO: Clerk's Office      Miami      (Ft. Lauderdale)      W. Palm Beach
U.S. District Court                 (Circle One)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1) Date and Time of Arrest: 9/29/00   1800

(2) Language Spoken: ENGLISH

(3) Offense (s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS
    21USC841(A) - POSS. W/H INTENT TO DISTR. NARCOTICS

(4) U.S. Citizen      ( ) Yes      (✓) No      ( ) Unknown

(5) Date of Birth: 9/22/64

(6) Type of Charging Document:   (Check One)
    ( ) Indictment   ( ) Complaint   (To be filed/Already filed)

CASE#_____
( ) Bench Warrant for Failure to Appear
( ) Probation Violation Warrant
( ) Parole Violation Warrant

Originating District: SOUTHERN FLORIDA
COPY OF WARRANT LEFT WITH BOOKING OFFICER ( ) YES   (✓) NO

Amount of Bond: $ PTD          Who set Bond: DUTY AUSA
(7) Remarks: _____

(8) Date: 9/29/00   (9) Arresting Officer: JEFFREY OUTLAW
(10) Agency: U.S. CUSTOMS SERVICE  (11) PHONE: 954-921-3509
(12) Comments: THREATENED SUICIDE

Sepended