# COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Donna A. Jackson (J)# Brown | CASE NO: | 00-4229-BSS |
| AUSA: | Kthaleen Rice / Brown | ATTNY: | Smargon |
| AGENT: | | VIOL: | Importation of cocaine |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD / FPD |

BOND HEARING HELD - yes/no        COUNSEL APPOINTED: FPD

BOND SET @ $250,000 Corp Surety w/ Nebbia

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

FILED by D.C.
? - 2000
CLERK OF FLA. FT. LAUD

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _ X's a week/month by phone; _ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House ____
     Electronic Monitoring ____

- advised of charges
- sworn for counsel

- Partially indigent
must deposit $250
into Ct Registry w/in
90 days.

No Bond hrg held - Both
sides stipulate to a $250,000
Corp Surety w/ Nebbia
reserving right to proceed w/
a PTD hrg at a later date.

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: partially indigent | 12-29-00 | 11:00 am | BSS |
| PTO/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 10-12-00 | 11:00 am | LSS |
| STATUS CONFERENCE: | | | |
| DATE: 10-2-00 | TIME: 11:00 am | TAPE # 00-0076 | PG # 5 |

1153 - 1350
Recalled.