UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6296**  **CR-FERGUSON**

21 U.S.C. § 952(a)
21 U.S.C. § 841(a)(1)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
)
v. )
)
DONNA A. JACKSON, )
)
    Defendant. )
_____ )

### INDICTMENT

The Grand Jury charges that:

#### COUNT ONE

On or about September 27, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DONNA A. JACKSON,**

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, in excess of five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, in violation



of Title 21, United States Code, Section 952(a).

**COUNT TWO**

On or about September 27, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DONNA A. JACKSON,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, in excess of five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_Leonard Roth_
FOREPERSON

_Allen Nanno Jr._
GUY A. LEWIS
UNITED STATES ATTORNEY

BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| **DONNA A. JACKSON** | **CERTIFICATE OF TRIAL ATTORNEY*** |

**Court Division**: (Select One)

**Superseding Case Information**:
New Defendant(s)        Yes ____   No ____
Number of New Defendants    ____
Total number of counts       ____

____ Miami    ____ Key West
_X_ FTL    ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _NO_
   List language and/or dialect  ____English____

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | |
   | II | 6 to 10 days | | Minor | |
   | III | 11 to 20 days | | Misdem. | |
   | IV | 21 to 60 days | | Felony | _X_ |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____       Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ____Yes____
   If yes:
   Magistrate Case No. _00-4229-BSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _9/29/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____       District of _____

   Is this a potential death penalty case? (Yes or No) ____No____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? ____ Yes ____ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*signature*

BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: DONNA A. JACKSON          No.:_____

Count # 1:
Importation of cocaine; in violation of 21 U.S.C. § 952(a).

_____

*Max Penalty: 5 years' mandatory minimum and 40 years' maximum imprisonment; $2,000,000 fine

Count # 2:

Possession with intent to distribute a Schedule II controlled substance; in violation of 21 U.S.C. § 841(a)(1)

_____

*Max Penalty: 5 years' mandatory minimum and 40 years' maximum imprisonment; $2,000,000 fine

Count #:

_____

*Max Penalty:

Count #:

_____

*Max Penalty:

Count # :

_____

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96