UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6296-CR-FERGUSON

UNITED STATES OF AMERICA

vs

DONNA A. JACKSON

ARRAIGNMENT INFORMATION SHEET



The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 12, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __ON BOND FORM_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name:____FPD_____

                    Address:_____

                    _____

                    Telephone:_____

BOND SET/CONTINUED: $_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __12TH__ day of __OCTOBER_____, 2000.

                                        CLARENCE MADDOX
                                        COURT ADMINISTRATOR/CLERK OF COURT

                                        By: _Jenny Butler_____
                                            Deputy Clerk

                                        Tape No. ___00-051_____

cc: Copy for Judge
    U. S. Attorney

