COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Donna Jackson (no deft)  CASE NO: 00-6296-CR-Ferguson
AUSA: Kathleen Rice *present*  ATTNY: FPD Darryl Wilcox
AGENT: *for Bruce Brown*  VIOL:
PROCEEDING: Status Conference  BOND REC:

BOND HEARING HELD - yes/no  COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
No motion
2 days to try
Gov't ready —
Plea likely

NEXT COURT APPEARANCE:  DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 11-2-00   TIME: 11:00am   TAPE # 00-089   PG # 2
                                              551-590