UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6296-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

DONNA JACKSON,

          Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on November 2, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require two days to try.

2. Defense counsel received the Government's discovery response. He further informed the Court that this matter is likely to be resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this 3rd day of November 2000.

                                                  BARRY S. SELTZER
                                                  United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Kathleen Rice, Esquire
Assistant United States Attorney

Federal Public Defender
Attorney for Defendant