## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | DONNA JACKSON (J) | CASE NO: | 6296-CR-WDF 00-4229-BSS |
| AUSA: | KATHLEEN RICE  prsi | ATTY: FPD | Bender for Welcox |
| AGENT: | | VIOL: | |
| PROCEEDING: | STATUS ON PARTIAL INDIGENCE | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

*FILED by ___ D.C.  DEC 29 2000  CLARENCE MADDOX  CLERK U.S. DIST. CT.  S.D. OF FLA. FT. LAUD.*

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.  *Requested add'l 2 weeks*
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: On Indigency | 1-16 | 11 | BSS | |

DATE: 12/29/00   TIME: 11:00   FTL/BSS TAPE # 00 - 102   Begin: 255   End: 303