UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6296-FERGUSON/Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNA JACKSON,

    Defendant.
_____/



## STATUS REPORT ON PARTIAL INDIGENCY PAYMENT

The undersigned Assistant Federal Public Defender hereby files this status report on partial indigency payment, and states:

1.    On October2, United States Magistrate Judge Barry Seltzer appointed the Federal Public Defender to represent Ms. Donna Jackson who was charged Importation of Cocaine and Possession of Cocaine with intent to deliver. In addition, Magistrate Judge Seltzer ordered Ms. Jackson to pay two-hundred fifty dollars ($250.00) to the Clerk of Court for deposit into the Treasury as reimbursement for the cost of services for appointed counsel, pursuant to 18 U.S.C. § 3006A. Ms. Jackson's case was assigned to the undersigned Assistant Federal Public Defender.

2.    On December 29, 2000, Magistrate Judge Seltzer held a status conference on the reimbursement. Prior to December 29, 2001, the undersigned Assistant Federal Public Defender was



unaware of the Magistrate's Court's order for reimbursement and had not discussed the reimbursement with Ms. Jackson. Magistrate Seltzer set another status conference for January 16, 2001.

4. On January 5, 2001, the undersigned spoke with Ms. Jackson about the $250.00 reimbursement. Ms. Jackson advised that she did not have the $250.00 nor access to any source of funds from which the $250.00 could be paid.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true a copy of the foregoing instrument was mailed this 9th day of January, 2001 to Bruce Brown, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301.

_____
Daryl E. Wilcox

S:\WILCOX\Jackson indigency report.wpd

2