UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6296-CR-FERGUSON

UNITED STATES OF AMERICA,
            Plaintiff,
    vs.

DONNA JACKSON, (J)
            Defendant.
_____/

FILED by _____ D.C.
JAN 12 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**MINUTES**
**CHANGE OF PLEA**

On January 12, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Daryl Wilcox, AFPD Esq, appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) _One_ of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

- ( )   The Court proceeded to pronounce sentence.

- (X)   The Court postponed sentencing until **3/23/01** at 2:00 p.m.,

- ( )   and the defendant was allowed to remain on present bond until then;

- ( )   and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

- (X)   and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.



Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Paul Haferling</u>
Clerk <u>Troy T. Walker</u>