COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Donna Jackson (J)#   CASE NO: 00-6296-CR-Ferguson
AUSA: Steve Petri / not present   ATTNY: FPD Darryl
AGENT: Bryce Brown   VIOL: Wilcox
PROCEEDING: Status re partial   BOND REC:
BOND HEARING HELD - yes/no indigence   COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

FILED by INTAKE ___ D.C.
JAN 2 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Matter reset so that FPD can listen to tape. Re: original hrg of partial indigence

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS conference partial indigence  2-12-01  11:00am  BSS
DATE: 1-22-01  TIME: 11:00am  TAPE # 01-002  PG # 2
73-362
22