```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                        MIAMI DIVISION
```


UNITED STATES OF AMERICA,

                                        Case No.00-6296-Cr-FERGUSO

        Plaintiff,

 vs.                          FORT LAUDERDALE, *FLORIDA*
                                    OCTOBER 2, 2000

DONNA JACKSON,

        Defendant.

---

**TRANSCRIPT OF INITIAL APPEARANCE
BEFORE THE HONORABLE BARRY S. SELTZER,
UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

                        **RICHARD BROWN, A.U.S.A.**
                        *United States Attorneys' Office*
                        500 Australian Ave., Ste. 400
                        West Palm Beach, FL  33401
                        561/820-8711, Ext. 3009

FOR THE DEFENDANT:

                        **SAMUEL SMARGON, A.F.P.D.**
                        *Federal Public Defender's Office*
                        150 West Flagler Street
                        Miami, FL  33130 - 305/536-6900
                               (Fax) 305/530-7120

REPORTED BY:          **JERALD M. MEYERS, RPR-CM**
                        Official Federal Court Reporter
                        301 North Miami Avenue, 9th Floor
                        Miami, FL  33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**