U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Donna Jackson (J)# | CASE NO: | 00-6296-CR-Ferguson |
| AUSA: | Steve Petri / Laura Washington | ATTNY: | FPD: Daryl Wilcox |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status re partial indigence order | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by INTAKE _____ D.C.
FEB 12 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

A-Said she may be able to pay $100 into Reg of Ct.

NEXT COURT APPEARANCE: _____ DATE: _____ TIME: _____ JUDGE: _____
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: At partial   3-19-00   11:00am   BSS
DATE: 2-12-01   TIME: 11:00am   TAPE # 01- 005   PG # 3

307 - 556
Recalled 875 - 929