SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
[MAR 27 2001]

CASE # 00-6296-CR-WDF

DEFENDANT Donna Jackson    JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER    DATE March 23, 2001

Court Reporter Brynn Dockstader    USPO R. Pruatt

AUSA Bruce Brown    Deft's Counsel Darryl Wilcox, FPD

COUNTS DISMISSED ___ All Others _____
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to appeal

JUDGMENT AND SENTENCE

Imprisonment    Years    Months 30    Counts one

Supervised Release 3 yrs (see J & C for details)

Probation    Years    Months    Counts

Comments _____

Assessment $ 100.00    Fine $ none

Restitution /Other _____

CUSTODY
✓ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

26