UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6296-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNA A. JACKSON,

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY JUDGMENT

The defendant, Donna Jackson, moves to modify the Judgment in the above styled case to include a recommendation to the Bureau of Prisons that she be designated to the facility located in Danbury, Connecticut to be near to family members, and in support thereof, Ms. Jackson states:

1. On March 30, 2001, Ms. Jackson was sentenced to 30 months imprisonment following her conviction for importation of cocaine.

2. Ms. Jackson is a citizen of Jamaican. However, Ms. Jackson has relatives who reside in the State of New York.

3. Ms. Jackson wishes to be designated to the Bureau of Prisons facility in Danbury, Connecticut or a facility as near to New York as possible so that her relatives may visit her while she is incarcerated.

4. The undersigned has contacted Assistant United States Attorney Bruce Brown and Mr. Brown has no objection to the Court granting the relief sought by this motion.



WHEREFORE, the defendant, Donna Jackson, respectfully requests this Court modify the Judgment in this case to recommend to the Bureau of Prisons that she be designated to the facility located in Danbury, Connecticut or as near to the State of New York as the Bureau of Prisons policy will permit.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 838845
1 East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

### CERTIFICATE OF SERVICE

I hereby certify that a true a copy of the foregoing instrument was mailed this 3rd day of April, 2001, to Bruce Brown, Assistant United States Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301, Florida .

_____
Daryl E. Wilcox