# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| DONNA A. JACKSON, (J) 66407-004 | Case Number: **0:00CR06296-001** |
| | **Bruce Brown, AUSA / Daryl E. Wilcox, AFPD** |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  **One of the Indictment on January 2, 2001**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 952 (a) | Importation of at least 500 grams of cocaine into the United States. | 09/27/2000 | 1 |

FILED by _____ D.C.

**MAR 30 2001**

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s)  **N/A**

☒ Count(s)  **All Others**  are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **09/22/1964**
Defendant's USM No.: **66407-004**
Defendant's Residence Address:

**FDC - MIAMI**

**Miami          FL     33128**

Defendant's Mailing Address:

**FDC - MIAMI**

**Miami          FL     33128**

03/23/2001
Date of Imposition of Judgment

*(signature)*

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

March 29, 2001
Date

DEFENDANT: **DONNA A. JACKSON, (J) 66407-004**
CASE NUMBER: **0:00CR06296-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __30__ __month(s)__.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

*Troy J. Walter*
*3/30/01*

Defendant delivered on __4-25-01__ to __FCI TAL__
at __TAL FL__, with a certified copy of this judgment.

*Schelia A. Clark-Warden*
~~UNITED STATES MARSHAL~~

By *Brenda Salvas* LIE
~~Deputy U.S. Marshal~~
BOP