UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6296-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DONNA A. JACKSON,

        Defendant.

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO MODIFY JUDGMENT

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Modify Judgment, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. It is hereby recommended that the defendant, Donna Jackson, be designated to the Bureau of Prisons facility located in Danbury, Connecticut or as near the State of New York as Bureau of Prisons policy will permit.

DONE AND ORDERED on this 11th day of April, 2001 in Fort Lauderdale, Florida.

                                          WILKIE D. FERGUSON, JR.
                                          UNITED STATES DISTRICT JUDGE

cc:   Daryl Wilcox, Assistant Federal Public Defender
      Bruce Brown, Assistant Untied States Attorney
      Bureau of Prisons